UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | |
| | | Criminal No. 09-617 (DMC) |
| | : | |
| JOSE VASQUEZ | | |
| | : | DISMISSAL ORDER |

Upon application by Andrew Carey, Assistant United States Attorney appearing on behalf of Paul J. Fishman, United States Attorney for the District of New Jersey, and with the consent of Jose Vasquez represented by Robert Fogelnest, Esquire:

IT IS, on this ____ day of April, 2011

ORDERED that Indictment No. 09-617 (DMC) as to defendant JOSE VASQUEZ is dismissed without prejudice.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge